```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 12280
   THOMAS EDWARD SAWICKI
   JOYCE ANN SAWICKI                         CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9281     SSN XXX-XX-9413

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 03/29/2004 and was confirmed 05/20/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

      The case was paid in full 10/20/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
------------------------------------------------------------------------
FIFTH THIRD MORTGAGE CO    CURRENT MORTG    50717.65            .00          50717.65
MB FINANCIAL BANK          CURRENT MORTG    18191.25            .00          18191.25
AMALGMATED BANK            UNSECURED         9963.02            .00           1494.45
ROUNDUP FUNDING LLC        UNSECURED         5301.95            .00            795.29
ROUNDUP FUNDING LLC        UNSECURED        53388.01            .00           8008.20
BONDED COLLECTION CORP     NOTICE ONLY      NOT FILED           .00              .00
RESURGENT ACQUISITION LL   UNSECURED         2102.58            .00            315.39
RESURGENT ACQUISITION LL   UNSECURED        18810.36            .00           2821.55
NATIONAL FINANCIAL SYSTE   NOTICE ONLY      NOT FILED           .00              .00
GATEWAY                    UNSECURED        NOT FILED           .00              .00
SAMS CLUB GE CAPITAL       UNSECURED        NOT FILED           .00              .00
RESURGENT ACQUISITION LL   UNSECURED          815.44            .00            122.32
TERMINIX INTERNATIONAL     UNSECURED        NOT FILED           .00              .00
RESURGENT ACQUISITION LL   UNSECURED        33011.92            .00           4951.79
MB FINANCIAL BANK          SECURED NOT I      671.50            .00              .00
ECAST SETTLEMENT CORP      UNSECURED         2253.64            .00            338.05
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                         2,700.00
TOM VAUGHN                 TRUSTEE                                           5,570.42
DEBTOR REFUND              REFUND                                            1,200.64

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            97,227.00

PRIORITY                                         .00
SECURED                                    68,908.90
UNSECURED                                  18,847.04
ADMINISTRATIVE                              2,700.00
TRUSTEE COMPENSATION                        5,570.42
DEBTOR REFUND                               1,200.64

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 12280 THOMAS EDWARD SAWICKI & JOYCE ANN SAWICKI
```

```
                                ---------------      ---------------
TOTALS                             97,227.00            97,227.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 01/28/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 04 B 12280 THOMAS EDWARD SAWICKI & JOYCE ANN SAWICKI
```